**Michael Ray WILLIAMS, Petitioner–Appellant,**

v.

**Rick JACKSON, Respondent–Appellee.**

No. 01–6251.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 4, 2001.

Michael Ray Williams, pro se.

Sandra Wallace Smith, Assistant Attorney General, Raleigh, NC, for appellee.

Before LUTTIG and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Michael Ray Williams appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254

(West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Williams' motions for appointment of counsel and for a certificate of appealability, and we dismiss the appeal on the reasoning of the district court. *Williams v. Jackson,* No. CA–00–170–5–F3 (E.D.N.C. Jan. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*